UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EVELINA CALCANO, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

         Plaintiffs,

         v.

SCHAKOLAD CORP., AND SCHAKOLAD INTERNATIONAL INC.,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-4941

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), EVELINA CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendants, SCHAKOLAD CORP., AND SCHAKOLAD INTERNATIONAL INC., with prejudice and without fees and costs.

Dated: New York, New York
       September 22, 2021

                                              **GOTTLIEB & ASSOCIATES**

                                              <u>/s/Michael A. LaBollita, Esq.</u>

                                              Michael A. LaBollita, Esq., (ML-9985)
                                              150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                              Phone: (212) 228-9795
                                              Fax: (212) 982-6284
                                              Michael@Gottlieb.legal

                                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge